In The


Court of Appeals


Sixth Appellate District of Texas at Texarkana



______________________________



No. 06-07-00105-CR


______________________________




DARIN KEITH MARTIN, Appellant



V.



THE STATE OF TEXAS, Appellee




 


On Appeal from the 21st Judicial District Court


 Burleson County, Texas


Trial Court No. 13,369




 




Before Morriss, C.J., Carter and Moseley, JJ.


Memorandum Opinion by Chief Justice Morriss



MEMORANDUM OPINION



 Darin Keith Martin appeals his convictions for forgery, fraudulent use of identifying
information, and forgery of a governmental record. Three separate appeals arising from these
convictions are presently pending before this Court. This appeal concerns Martin's conviction for
fraudulent use of identifying information. (1)

 Martin raises identical issues and makes identical arguments in all three of the appeals. 
Martin's sole issue on appeal is that the trial court erred in denying his motion to suppress the
evidence. 

 Because the issues raised in each appeal are identical, for the reasons stated in our opinion
dated this day in Martin v. State, No. 06-07-00104-CR, we affirm the judgment of the trial court.


 Josh R. Morriss, III

 Chief Justice


Date Submitted: February 19, 2008

Date Decided: March 27, 2008


Do Not Publish




1. Martin's forgery conviction was appealed in cause number 06-07-00104-CR, and his
conviction for forgery of a governmental record was appealed in cause number 06-07-00106-CR.